968

No. 97–436. SASCHO, INC. v. DAP PRODUCTS, INC. C. A. Fed. Cir. Certiorari denied

No. 97–438. HOWARD v. ANDERSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–440. D. R., BY HIS PARENTS AND LEGAL GUARDIANS, M. R. AND B. R. v. EAST BRUNSWICK BOARD OF EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 97–442. THOMAS v. BAXTER. C. A. 4th Cir. Certiorari denied.

No. 97–445. CAMOSCIO v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 97–448. RASHID v. MARINE MIDLAND BANK, FKA MARINE MIDLAND BANK, N. A. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 97–468. LEFFEL v. VALLEY FINANCIAL SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–484. CLEMONS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–522. NURSE v. UNITED AIR LINES, INC. C. A. 9th Cir. Certiorari denied.

No. 97–545. MILTON HAMBRICE, INC. v. STATE FARM FIRE & CASUALTY CO. C. A. 8th Cir. Certiorari denied.

No. 97–575. BENJAMIN ET UX. v. BINA. Sup. Jud. Ct. Me. Certiorari denied.

No. 97–585. GREER v. LOUISIANA ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–587. DUCHOW v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–590. KNAPP ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.